IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA , )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ESTATE OF JOEL SOLEVILLA NORVA, deceased; LILLIAN B. KOLLER, Director of Human Services, State of Hawaii as Permanent Custodian of EMILY JANE CRAWFORD, KASEY JOSEPHINE CRAWFORD, RAQUEL MAE NORVA, and WILLIAM NORVA, II; AZUCENA B. CRAWFORD; CLIFFORD J. CRAWFORD,<br>)<br>Defendants. )<br>_____ ) | CV 07-00616 SOM-LEK |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 15, 2009 , and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; May 5, 2009.



/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

Prudential v. Norva, et al.; Civ. 07-00616 SOM-LEK; Order Adopting Magistrate's Findings and Recommendation