IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA , | ) ) ) | CV 07-00616 SOM-LEK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ESTATE OF JOEL SOLEVILLA NORVA, Deceased; LILLIAN B. KOLLER, Director of Human Services, State of Hawaii, as Permanent Custodian of EMILY JANE CRAWFORD, KASEY JOSEPHINE CRAWFORD, RAQUEL MAE NORVA and WILLIAM NORVA, II; AZUCENA B. CRAWFORD; CLIFFORD J. CRAWFORD, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on

December 8, 2009 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28,

United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special

Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 28, 2009.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA v. ESTATE OF JOEL
SOLEVILLA NORVA, et al.; CV 07-00616 SOM-LEK; ORDER ADOPTING REPORT OF
SPECIAL MASTER

2