IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA , | ) ) ) | CV 07-00616 SOM-LEK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ESTATE OF JOEL SOLEVILLA NORVA, DECEASED; LILLIAN B. KOLLER, Director of Human Services, State of Hawaii, as Permanent Custodian of EMILY JANE CRAWFORD, KASEY JOSEPHINE CRAWFORD, RAQUEL MAE NORVA and WILLIAM NORVA, II; AZUCENA B. CRAWFORD; and CLIFFORD J. CRAWFORD , | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendant(s). | ) | |

_____

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on June 23, 2010 , and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and

Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 23, 2010.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA v. ESTATE OF
JOEL SOLEVILLA NORVA, DECEASED, et al.; Civ. 07-00616 SOM/LEK
ORDER ADOPTING MAGISTRATE'S FINDINGS AND
RECOMMENDATION